Qayed Murtaza Shareef    No 8:22-cv-00850 DOC-KS

vs

Ken Clark

## Motion to Add Ground

Petitioner requests for court to add petition filed in lower courts to the direct appeal currently

The petition is for unreasonable search and siezure under the 4th amendment, which was denied in all 3 lower courts for procedural issues and because it was not included in the direct appeal filed by the state appointed attorney.

The state appointed attorney refused to file any additional grounds and only focused on the Miranda issue.

Petitioner requested a copy of the petition filed with the California Supreme Court to send to this court to file and review

The plaintiff is also sending the state attorney general's office a copy following the rules of federal court procedures.

Sincerly
Qayed Shareef

1. The plaintiff would like to make the court aware
2. of a separate issue that has being raised via
3. Habeas Corpus in Superior Court of Orange County
4. regarding the issue of unreasonable search and
5. seizure under the 4th Amendment.
6.
7. Briefly, the plaintiff's was searched via a
8. probable cause warrant at his residence of
9. 3 laurelwood, where he lived with his wife, son,
10. and brother in-Laws starting on January of
11. 2014, a few days after the alleged chats
12. that occurred via the tango app. However, the
13. said chats occurred at an I.P. address
14. at 25 Woodcrest Ln. according to the F.B.I
15. what probable cause did the investigating team
16. have to obtain a search warrant for another
17. home with a completely different I.P. address.
18. the investigation of the I.P address led the
19. F.B.I and the task force to 25 woodcrest Ln,
20. not 3 laurelwood. Thereafter, the team through
21. the use of the post office employee, who then
22. became a juror connected 3 laurelwood to the
23. chats that occurred in December of 2013. The
24. investigating team surveyed 3 laurelwood because
25. the mail from 25 woodcrest was being forwarded
26. to 3 laurelwood. At what point in the investigation
27. did they determine probable cause when no one

8

1. was in harms way, nor did anyone in the house
2. demonstrate behavior that was suspicious.
3.
4. Law enforcement didn't establish a nexus
5. between the I.p address at 3 laurelwood
6. and 24 woodbarn to obtain a legal search
7. warrant. In the 2½ months of surveylance
8. there wasn't once instance of illegal activity.
9. However, upon learning the identity of the
10. plaintiff, the task force saw an opportunity
11. to put together a big case for the media
12. the plaintiff was a successful Muslim
13. American entrepreneur, and the CEO of a
14. public company. In this regard, both the plaintiffs
15. race and success as digital media executive
16. played a part in obtaining the search warrant.
17. the plaintiff had been a law abiding citizen,
18. and had not demonstrated any untoward behavior
19. that would have given the judge reason to
20. issue the search warrant, which was in
21. violation of Plaintiffs 4th amendment rights
22.
23. The search warrant issue will be joined with
24. this appeal once it has been formally heard
25. via the habeas in Superior Court.
26.
27. Claimant is seeking reversal

SUPREME COURT
FILED

DEC 1 4 2022

Jorge Navarrete Clerk

_____
Deputy

S276497

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

---

In re QAYED MURTAZA SHAREEF on Habeas Corpus.

---

The petition for writ of habeas corpus is denied. (See *In re Lessard* (1965) 62 Cal.2d 497, 503 [courts will not entertain habeas corpus claims that raise Fourth Amendment violations]; *In re Dixon* (1953) 41 Cal.2d 756, 759 [courts will not entertain habeas corpus claims that could have been, but were not, raised on appeal].)

CANTIL-SAKAUYE
*Chief Justice*

# Proof of Service

Under penalty of prejury, the petitioner sent a copy of the attached filings to the following addresses on 12/21/22

United States District Court
c/o Clerk of Court
Gay Roberson
255 East Temple street
Room 180
Los Angeles, CA 90012

Department of Justice
Office of Attorney General
600 West Broadway
Suite 1800
Po Box 85266
San Diego, CA 92186

CORCORAN STATE PRISON
NAME: Qayed Shavers
CDCR NUMBER: BM 2467
HOUSING: BB05-121
PO BOX: 3466
CORCORAN, CA 93212

Legal Mail

STATE PRISON
GENERATED MAIL

SANTA CLARITA CA 913
22 DEC 2022 PM

Gay Roberson
United States District Court
255 East Temple Street
Room 180
Los Angeles, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 27 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY



C6/1/Rios

INDIGENT